JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONU, LLC, a California Limited Liability Company; ARCO #42520, a business of unknown form; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 20-7850-MWF (KSx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT** Plaintiff James Shayler's action against Defendants Donu, LLC and ARCO #42520, is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

Dated: June 10, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge